(In The CIRCUIT COURT OF ST. LOUIS, MISSOURI)

Shawn Lamb
Petitioner

VS.

Case No.
Civil Division

UNITED STATES OF AMERICA,
Respondent

## PETITION FOR A PRELIMINARY INJUNCTION AND A TEMPORARY RESTRAINING ORDER

Come NOW petitioner by and through himself, Pro Se, under the Missouri House Bill NO. 85 Second Amendment Preservation Act MO. Rev. Stat. Section(s) 1.410-1.485, Seeking a preliminary injunction and a temporary restraining order and states that;

1. That this action is being brought under the Second Amendment preservation Act, Missouri House Bill No. 85, Section 1.410-1.485 MO. Rev Stat.

2. That this court has jurisdiction in this cause of action pursuant to Section 1.410-1.485 MO. Rev. Stat

3. That Venue is proper in this cause of action pursuant to Section 1.410-1.485 Shawn Lamb Petitioner risides in St. Louis city.

4. That Petitioner, Shawn Lamb is being detained at the Sainte Genevieve County Jail, 5 Basler Drive, Sainte Genevieve Missouri 63670 by the Respondent, United States of America, Federal government, the facts that show that this restraint is illegal and improper are the Missouri's Second Amendment Preservation Act, Missouri House Bill No. 85 Mo. Rev. Stat. 1.410-1.485

5. That Petitioner Shawn Lamb, a citizen of Missouri is bringing this action. Sovereign Emmunity is not a(n) deffense, See Mo. Rev Stat. 1.460

6. That no petition for the relief sought has been made to any higher court to which the petition is presented according to Mo. R. Civ. P. 91 (Missouri Rules of Civil Procedure (2023 Edition)

7. That notice to Respondent, United States of America, by petitioner Shawn Lamb would defeat the purpose of Temporary restraining order.

8. That this is a verified petition by petitioner Shawn Lamb required by Rule 92.02 (b)(2). Mo. R. Civ. P. 92.02

Wherefore, Petitioner prays for a Preliminary Injunction and a Temporary Restraining order against Respondent, United States of America; assesses the cost of Preliminary injunction and temporary Restraing order to Respondant, United States of America, and for other such relief as the court may deem just and proper according to Missouri House Bill No. 85, Second Amendment Preservation Act, Mo. Rev. Stat. 1.410-1.485, See Mo. Rev. Stat 1.460 Violations, liability, and civil penalty — Sovereign immunity not a defense.

Respectfully Submitted,
Shawn Lamb
*[signature]*
9/04/2023